PEOPLE *v.* HAMILTON. Appeal from Recorder's Court of Detroit, Joseph A. Gillis, J. Submitted Division 1 September 14, 1971, at Grand Rapids. (Docket No. 12020.) Decided October 29, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Carl Ziemba,* for defendant on appeal.

Before: FITZGERALD, P. J., and R. B. BURNS and HOLBROOK, JJ.

PER CURIAM. Defendant, who was originally charged with receiving and concealing stolen property over the value of $100, contrary to MCLA § 750.535 (Stat Ann 1971 Cum Supp § 28.803), tendered a plea of guilty to the circuit court misdemeanor of use of a motor vehicle without authority but without intent to steal, contrary to MCLA § 750.414 (Stat Ann 1954 Rev § 28.646). Throughout the proceeding he was represented by counsel. He was subsequently sentenced in the Recorder's Court to 23 to 24 months in prison. This case is submitted on the people's motion to affirm pursuant to GCR 1963, 817.5(3). Defendant's sole contention presented in support of this appeal is that the trial court failed to determine with a reasonable degree of certainty whether he committed the offense charged.

A review of the transcript reveals that the trial court fulfilled its responsibilities under GCR 1963, 785.3(2). See *People* v. *Fargo* (1970), 23 Mich App 81.

The motion to affirm is granted.